IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:23-cr-35-9 |
| RICHARD WOOD, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Government's Motion to Dismiss Indictment. (Doc. 617.)  After careful consideration and for good cause shown, the Court **GRANTS** the Motion.  Therefore, the Indictment, (doc. 3), currently pending against Defendant Richard Wood in the above-referenced case is hereby dismissed with prejudice.

**SO ORDERED**, this 27th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA